UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE BOARD OF MANAGERS OF THE 17
BATTERY PLACE CONDOMINIUM, et al.,

                Plaintiffs,

                                                  24-cv-9972 (PKC)

        -against-                                            ORDER

TWIN CITY FIRE INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Within fourteen days, plaintiff shall provide defendant with the citizenship of the unit owners of 17 Battery Place Condominium, or, alternatively, shall file a stipulation of dismissal without prejudice that provides for the tolling of the statute of limitations in the event that the self-insured retention is exceeded. If the action is not dismissed without prejudice, defendant shall advise the Court in writing within seven days thereafter as to whether it consents to remand to state court and, if it does not consent, the basis for the continued assertion of subject matter jurisdiction.

        SO ORDERED.

                                                  P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
         February 21, 2025